UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-9(12)(MJD/SRN)

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )    **MOTION TO DISMISS**
        v.                         )    **INDICTMENT**
                                   )
ESTEBAN MENDEZ-RIOS,               )
                                   )
                Defendant.         )

The United States of America, by and through its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, and Chris S. Wilton, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 26, 2010

                            B. TODD JONES
                            United States Attorney

                            s/ Chris S. Wilton

                            BY: CHRIS S. WILTON
                            Assistant U.S. Attorney