UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-9(12)(MJD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff,  )<br>     )<br>     v.    )<br>     )<br>ESTEBAN MENDEZ-RIOS,  )<br>*aka Cuba*    )<br>          Defendant.   ) | **ORDER OF DISMISSAL** |

   IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.


Dated: March 30, 2010          s/Michael J. Davis
                               The Honorable Michael J. Davis
                               CHIEF JUDGE
                               UNITED STATES DISTRICT COURT